UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEONTE BERNARD ROGERS and
ROBIN LYNN DONALDSON,

Plaintiffs,

v.

Case No. 26-cv-12646
Honorable Linda V. Parker

LORI BOMMARITO, et al.,

Defendants.
_____________________________/

**OPINION AND ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**

On July 30, 2026, Plaintiffs filed a Complaint in this Court. Because it was not signed and failed to comply with Federal Rule of Civil Procedure 8, the Court issued an opinion and order on August 4, 2026, requiring Plaintiffs to file an amended complaint within fourteen days. (ECF No. 5.) The Court warned Plaintiffs that the failure to file an amended pleading may result in the dismissal of their claims.

As of this date, Plaintiffs have not filed an amended complaint.

Accordingly,

**IT IS ORDERED** that Plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 25, 2026